B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**TR Sienna Partners, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**35-2232639** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**P.O. Box 8528**<br>**Northfield, IL** | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP Code **60093** | ZIP Code |

| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP Code | ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [■] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [■] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [■] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [■] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [■] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [■] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [■] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [■] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [■] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **TR Sienna Partners, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**TR Sienna Partners, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Barbara L. Yong**
Signature of Attorney for Debtor(s)

**Barbara L. Yong**
Printed Name of Attorney for Debtor(s)

**Golan & Christie LLP**
Firm Name

**70 W. Madison**
**Suite 1500**
**Chicago, IL 60602**

Address

**Email: Blyong@golanchristie.com**
**(312) 263-2300  Fax: (312) 263-0939**
Telephone Number

**September  4, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Thomas A. Roszak, President**
Signature of Authorized Individual

**Thomas A. Roszak, President**
Printed Name of Authorized Individual

**TR Sienna, Inc., Managing Member**
Title of Authorized Individual

**September  4, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re     **TR Sienna Partners, LLC**                                          ,     Case No. _____
                                         Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Roszak/ADC, LLC**<br>**Northern District of Illinois** | **09-B-22461**<br>**co-ownership** | **06/20/09**<br>**Jacqueline P. Cox** |
| **Thomas A. Roszak**<br>**Northern District of Illinois** | **09-B-20473**<br>**co-ownership** | **06/04/09**<br>**Eugene R. Wedoff** |
| **TR Alma Partners, LLC**<br>**Northern District of Illinois** | **09-B-22448**<br>**co-ownership** | **06/20/09**<br>**Pamela S. Hollis** |
| **TR Alma, Inc.**<br>**Northern District of Illinois** | **09-B-22454**<br>**co-ownership** | **06/20/09**<br>**Jack Schmetterer** |
| **TR Harrison Sales Office, LLC**<br>**Northern District of Illinois** | **09-B-22089**<br>**co-ownership** | **06/20/09**<br>**Jacqueline P. Cox** |
| **TR Management, Inc.**<br>**Northern District of Illinois** | **09-B-22112**<br>**co-ownership** | **06/20/09**<br>**Eugene R. Wedoff** |
| **TR Maple Partners, LLC**<br>**Northern District of Illinois** | **09-B-22109**<br>**co-ownership** | **06/20/09**<br>**Pamela S. Hollis** |
| **TR Realty Workhop, Inc.**<br>**Northern District of Illinois** | **09-B-22108**<br>**co-ownership** | **06/20/09**<br>**Jacqueline P. Cox** |
| **TR Ridge Partners, LLC**<br>**Northern District of Illinois** | **co-ownership** | |
| **TR Sienna, Inc.**<br>**Northern District of Illinois** | **co-ownership** | |
| **True Custom Homes of Arizona, LLC**<br>**Northern District of Illinois** | **09-B-22103**<br>**co-ownership** | **06/20/09**<br>**Eugene R. Wedoff** |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **TR Sienna Partners, LLC**
                                                        ,
                              Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,500,000.00 | | |
| B - Personal Property | Yes | 4 | 316,191.51 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 11,205,327.36 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 1,905,301.90 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 2,816,191.51 | | |
| Total Liabilities | | | | 13,110,629.26 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **TR Sienna Partners, LLC**                                          ,          Case No. _____

                                          Debtor

                                                                              Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                            Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re    **TR Sienna Partners, LLC**
_____,    Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1780 Oak, Evanston, IL - unimproved** | **Fee simple** | - | **1,250,000.00** | **8,200,000.00** |
| **1760 Oak, Evanston, IL - unimproved** | **Fee simple** | - | **1,250,000.00** | **8,200,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **2,500,000.00** | (Total of this page) |
| Total > | **2,500,000.00** |  |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re  **TR Sienna Partners, LLC**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Inland Bank<br>1100 S. Rand Road<br>Lake Zurich, IL 60047<br><br>Acct. No. 2220000501 | - | 0.00 |
| | | Corus Bank<br>PO Box 87144<br>Chicago, IL 60680-0144<br><br>Tax Account<br>Acct. No. 7014363801 | - | 0.00 |
| | | Corus Bank<br>PO Box 87144<br>Chicago, IL 60680-0144<br><br>Upgrade Account<br>Acct. No. 7019198201 | - | 0.00 |
| | | Republic Bank of Chicago<br>9440 Joliet Road<br>Hodgkins, IL 60525<br><br>Acct. #047000613 | - | 3,605.00 |
| | | Phase I Warranty Escrow<br>Acct. # M99038441 | - | 212,728.46 |
| | | Phase II Warranty Escrow<br>Acct. # M99038442 | - | 95,368.05 |
| | | Escrowee, Unit 309 | - | 2,220.00 |
| | | Escrowee, Unit 708 | - | 2,270.00 |

Sub-Total >           316,191.51
(Total of this page)

  __3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **TR Sienna Partners, LLC**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **TR Ridge Partners, LLC - 43.55%** | - | 0.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

Sub-Total >          0.00
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **TR Sienna Partners, LLC**                                              ,    Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Lawsuit against Matsen Ford Design and Wallin-Gomez** | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **TR Sienna Partners, LLC** _____ ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Total >    **316,191.51**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **TR Sienna Partners, LLC** _____,    Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. <br><br>**Area Erectors, Inc.** <br>**404 Mercantile Ct.** <br>**Wheeling, IL 60090** | X | - | | | May 1, 2008 <br><br>**Subcontractor's Notice and Claim for lien 1720-1740 Oak, Evanston, IL** | X | | | | |
| | | | | | Value $              0.00 | | | | 45,000.00 | 45,000.00 |
| Account No. <br><br>**Capital Source Finance, LLC** <br>**1350 Connecticut Ave N. W.** <br>**Suite 1250** <br>**Washington, DC 20036** | X | - | | | August 20, 2004 <br><br>**Subordination and inter-creditor agreement** | | | | | |
| | | | | | Value $              0.00 | | | | 0.00 | 0.00 |
| Account No. <br><br>**CIG International, LLC** <br>**1350 Connecticut Ave N. W.** <br>**Suite 1250** <br>**Washington, DC 20036** | | - | | | August 18, 2004 <br><br>**Subordinated Mortgage on 1760-1780 Oak, Evanston, IL** | | | | | |
| | | | | | Value $              0.00 | | | | 1,800,000.00 | 1,800,000.00 |
| Account No. <br><br>**Clearvision, Inc.** <br>**850 N. DeWitt Place** <br>**Suite 20-J** <br>**Chicago, IL 60611** | X | - | | | November 16, 2007 <br><br>**Mechanics Lien Claim on Sienna Courts** | X | | | | |
| | | | | | Value $              0.00 | | | | 164,737.75 | 164,737.75 |

**2**___ continuation sheets attached

Subtotal
(Total of this page)    | 2,009,737.75 | 2,009,737.75 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **TR Sienna Partners, LLC**                                                    Case No. _____
_____ ,
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Mortgage on 1760 & 1780 Oak, Evanston, IL | | | | | |
| Inland Bank & Trust 2809 Butterfield Rd. Suite 310 Oak Brook, IL 60523 | X | - | | | | | | |
| | | | Value $         2,500,000.00 | | | | 8,200,000.00 | 5,700,000.00 |
| Account No. | | | May 14, 2008 Mechanics Lien | | | | | |
| Jones & Cleary Sheet Metal Co., Inc. 6838 S. South Chicago Ave. Chicago, IL 60637 | X | - | | X | | | | |
| | | | Value $               0.00 | | | | 9,166.00 | 9,166.00 |
| Account No. | | | April 18, 2006 Subcontractor's Notice and Claim for Lien, 1760-1780 Oak, Evanston, IL | | | | | |
| Lichtenwald-Johnson Ironworks Co. 7840 Lehigh Ave Morton Grove, IL 60053 | X | - | | X | | | | |
| | | | Value $               0.00 | | | | 819,210.00 | 819,210.00 |
| Account No. | | | September 5, 2008 Notice of Intent to file Mechanics Lien | | | | | |
| Professional Plumbing, Inc. 1435 S. Barrington Road Barrington, IL 60010 | X | - | | | | | | |
| | | | Value $               0.00 | | | | 50,000.00 | 50,000.00 |
| Account No. | | | May 12, 2008 Mechanics Lien | | | | | |
| Safe Guard Basement Technologies 400 Dominic Ct. Franklin Park, IL 60131-1004 | X | - | | X | | | | |
| | | | Value $               0.00 | | | | 32,500.00 | 32,500.00 |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

9,110,876.00        6,610,876.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **TR Sienna Partners, LLC**                                      ,        Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H W | J | C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Safe Guard Basement Technologies**<br>**400 Dominic Ct.**<br>**Franklin Park, IL 60131-1004** | X | - | | | **May 12, 2008**<br><br>**Mechanics Lien**<br><br>Value $                    0.00 | X | | | 14,300.00 | 14,300.00 |
| Account No.<br><br>**Sienna Court Condominium Assoc.**<br>**1740 Oak Avenue**<br>**Evanston, IL 60201** | X | - | | | **4/24/2009**<br><br>**Assessments and contingent claim of $500,000 for construction claim.**<br><br>Value $                    0.00 | | | | 8,269.56 | 8,269.56 |
| Account No.<br><br>**Tonyan Brothers, Inc.**<br>**P.O. Box 70**<br>**Ringwood, IL 60072** | X | - | | | **May 16, 2007**<br><br>**Mechinics Lien**<br><br>Value $                    0.00 | X | | | 12,994.05 | 12,994.05 |
| Account No.<br><br>**Virgilio & Associates, Ltd.**<br>**21805 Field Parkway**<br>**Suite 104**<br>**Deer Park, IL 60010** | X | - | | | **December 17, 2008**<br><br>**Mechanics Lien Claim**<br><br>Value $                    0.00 | X | | | 49,150.00 | 49,150.00 |
| Account No.<br><br><br><br> | | | | | <br><br>Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | 84,713.61 | 84,713.61 |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 11,205,327.36 | 8,705,327.36 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **TR Sienna Partners, LLC**                                          Case No. _____
_____,
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

        A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

        The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

        If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

        Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

        Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

        Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                     __1__    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **TR Sienna Partners, LLC**                                                   ,        Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | 05/07/2009 | | | | | |
| **Attorney General Lisa Madigan 100 W Randolph Street Chicago, IL 60601** | X | - | | **Notice of ADA Compliance issue for Sienna Condominiums, 1720 & 1740 N Oak St, Evanston, IL** | X | X | X | | **Unknown** |
| | | | | | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 0.00 | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **TR Sienna Partners, LLC**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**24 Seven Discovere, LLC**<br>**222 N. LaSalle Street**<br>**Suite 1930**<br>**Chicago, IL 60601** | | - | | | **4/24/2009**<br>**Document management** | | | | 503.04 |
| Account No.<br><br>**Atlas Contrete Cutting Services,Inc**<br>**50 W. Michigan Ave.**<br>**Palatine, IL 60067** | | - | | | **4/24/2009**<br>**Subcontractor** | | | | 550.00 |
| Account No.<br><br>**Canac Kitchens**<br>**511 Busse Road**<br>**Elk Grove Village, IL 60007** | | - | | | **4/24/2009**<br>**Subcontractor** | | | | 7,902.00 |
| Account No.<br><br>**City of Evanston-Building Dept.**<br>**2100 Ridge Avenue**<br>**Evanston, IL 60201** | X | - | | | **4/24/2009**<br>**Affordable housing fee** | | | | 131,903.00 |

___12___  continuation sheets attached

Subtotal
(Total of this page)    **140,858.04**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    S/N:24966-090811    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **TR Sienna Partners, LLC**                                              ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | pending lawsuit | | | | |
| City of Evanston-Building Dept. Jill Chamber - Building Offical 2100 Ridge Avenue Evanston, IL 60201 | - | | | | X | X | X | 0.00 |
| Account No. | | | | 4/24/2006 Attorney's fees | | | | |
| Cohen, Salk & Huvard, P.C. 630 Dundee Road Suite 120 Northbrook, IL 60062 | - | | | | | | | 94,087.75 |
| Account No. | | | | 4/24/2009 Subcontractor | | | | |
| Coleman Floor Company-Upgrades 1331 Davis Road Elgin, IL 60123 | - | | | | | | | 82,894.00 |
| Account No. | | | | 4/24/2009 Electric fee | | | | |
| ComEd-1740-305 Bill Payment Center Chicago, IL 60668 | - | | | | | | | 11.53 |
| Account No. | | | | 4/24/2009 Electric fee | | | | |
| ComEd-1740-404A Bill Payment Center Chicago, IL 60668 | - | | | | | | | 15.66 |

Sheet no. __1__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

177,008.94

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **TR Sienna Partners, LLC**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | - | 4/24/2009 Subcontractor | | | | |
| Contract Mirror & Supply Co. 200 William Street Bensenville, IL 60106 | | | | | | | | 3,015.00 |
| Account No. | | X | - | 4/14/2009 Construction management | | | | |
| Cullie Group 126 S. Northwest Hwy Barrington, IL 60010 | | | | | | | | 35,000.00 |
| Account No. | | | - | 4/24/2009 Supplier | | | | |
| De Canio Builders Supply Co., Inc. P.O. Box 12379 Chicago, IL 60612 | | | | | | | | 1,185.92 |
| Account No. | | X | - | 4/14/2009 Supplier | | | | |
| DeGraf Concrete 300 Alderman Avenue Wheeling, IL 60090 | | | | | | | | 150,000.00 |
| Account No. | | | - | 4/24/2009 Trash haul | | | | |
| Disposal Management Systems, Inc. 420 Cutters Mill Lane Schaumburg, IL 60194 | | | | | | | | 344.02 |

Sheet no. __2__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

189,544.94

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **TR Sienna Partners, LLC**                                          ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Evanston Signs & Graphics, Inc. <br> 2120 Ashland Avenue <br> Evanston, IL 60201 | | - | 4/24/2009 <br> Signs | | | | 390.00 |
| Account No. <br><br> Fast Frame <br> 2843 W. Dundee Rd. <br> Northbrook, IL 60062 | | - | 4/24/2009 <br> Frame work | | | | 906.62 |
| Account No. <br><br> Federal Insurance Company <br> c/o Cozen O'Connor <br> 222 S. Riverside Plaza, Suite 1500 <br> Chicago, IL 60606 | | - | pending lawsuit | X | X | X | 0.00 |
| Account No. <br><br> Fruchtman Associates Architects LLC <br> P.O. Box 76697 <br> Atlanta, GA 30358 | X | - | 2007-2008 <br> Architectural | | | | 49,750.00 |
| Account No. <br><br> Galaxy Electric, Inc. <br> 1002 Bonaventure Dr. <br> Elk Grove Village, IL 60007 | | - | 4/24/2009 <br> Subcontractor | | | | 5,250.00 |

Sheet no. __3__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

56,296.62

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **TR Sienna Partners, LLC** ,
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | 4/24/2009 PR Services | | | | |
| Gams Communications, LLC 308 W. Erie 4th Floor Chicago, IL 60610 | | | | | | | | 450.00 |
| Account No. | | - | | 4/24/2009 Subcontractor | | | | |
| Granite Style Design, Inc. 3111 N. Rockwell Chicago, IL 60618 | | | | | | | | 30,268.96 |
| Account No. | | - | | 4/24/2009 Surveyor | | | | |
| Gremley & Biedermann A Division of PLCS Corporation P.O. Box 92170 Elk Grove Village, IL 60009 | | | | | | | | 18,510.00 |
| Account No. | | - | | 4/24/2009 Subcontractor | | | | |
| GW Thiel, Inc. 1625 Winnetka Circle Rolling Meadows, IL 60008 | | | | | | | | 11,885.00 |
| Account No. | X | - | | 4/14/2009 Subcontractor | | | | |
| Haywood-Baker 1350 W. Lake Street Roselle, IL 60172 | | | | | | | | 140,000.00 |
| Sheet no. __4__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 201,113.96 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **TR Sienna Partners, LLC** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Hedrich Blessing, Ltd.**<br>**400 North Peoria Street**<br>**Chicago, IL 60642** | | - | | | **4/24/2009**<br>**Photographer** | | | | **3,402.65** |
| Account No.<br><br>**HMS Engineering**<br>**230 S. Westmore Ave**<br>**Lombard, IL 60148** | | - | | | **4/24/2009**<br>**Engineering** | | | | **5,460.00** |
| Account No.<br><br>**Illinois Attorney General**<br>**c/o Benjamin T. Johnson**<br>**100 W. Randolph, 11th Flr.**<br>**Chicago, IL 60601** | X | - | | | **June 2009**<br>**ADA compliance enforcement**<br>**Case No. 09-CH-17877** | X | X | X | **Unknown** |
| Account No.<br><br>**Indecor, Inc.**<br>**5009 N. Winthrop Ave**<br>**Chicago, IL 60640** | | - | | | **4/24/2009**<br>**Subcontractor** | | | | **8,940.67** |
| Account No.<br><br>**Jones & Cleary Sheet Metal Co., Inc**<br>**6838 S. South Chicago Avenue**<br>**Chicago, IL 60637** | | - | | | **Subcontractor** | | | | **0.00** |

Sheet no. __5__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,803.32**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **TR Sienna Partners, LLC** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Kenig Lindgren O'Hara Aboona, Inc.**<br>**9575 W. Higgins Road**<br>**Suite 400**<br>**Rosemont, IL 60018** | | - | | | **4/24/2009**<br>**Engineering** | | | | 3,683.12 |
| Account No.<br><br>**KRK Mechanical, Inc.**<br>**821 Deering Court**<br>**West Chicago, IL 60185** | | - | | | **4/24/2009**<br>**Subcontractor** | | | | 15,403.75 |
| Account No.<br><br>**LJ Ironworks**<br>**7840 Lehigh**<br>**Morton Grove, IL 60053** | X | - | | | **4/14/2009**<br>**Subcontractor** | | | | 450,000.00 |
| Account No.<br><br>**LJ Ironworks**<br>**c/o Warren R. Fuller, Esq.**<br>**69 S. Barrington Road**<br>**Barrington, IL 60010** | | - | | | **pending lawsuit** | X | X | X | 0.00 |
| Account No.<br><br>**Mary Jo Crihfield et al**<br>**c/o Foley & Lardner LLP**<br>**321 N. Clark Street, Suite 2800**<br>**Chicago, IL 60654** | | - | | | **pending lawsuit** | X | X | X | 0.00 |

Sheet no. __6__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

469,086.87

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **TR Sienna Partners, LLC**                          ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  Matan's Painting 175 South Wheeling Road Wheeling, IL 60090 | | - | | | 4/24/2009 Subcontractor | | | | 1,530.00 |
| Account No.  Maten Ford & Wallin-Gomez c/o Novack and Macey LLP 100 North Riverside Plaza Chicago, IL 60606 | | - | | | pending lawsuit | X | X | X | 0.00 |
| Account No.  Matsen-Ford 325 Forest Grove Drive Pewaukee, WI 53072 | | - | | | 4/24/2009 Engineer | | | | 74,900.00 |
| Account No.  McShane Construction Corporation 9550 W. Higgins Suite 200 Rosemont, IL 60018 | X | - | | | 4/24/2009 Pre construction and General Contractor | | | | 35,000.00 |
| Account No.  Mitsubishi Electric 5665 Plaza Drive Cypress, CA 90630 | | - | | | 4/24/2009 Electric | | | | 27,858.20 |

Sheet no. __7__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   139,288.20

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **TR Sienna Partners, LLC** _____,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **53567867923** <br><br> **Nicor** <br> **P.O. Box 416** <br> **Aurora, IL 60568** | - | | **4/24/2009** <br> **Gas** | | | | **5,677.59** |
| Account No. <br><br> **Northwest Millwork** <br> **455 E. Jarvis** <br> **Des Plaines, IL 60018** | - | | **4/24/2009** <br> **Supplier** | | | | **10,058.21** |
| Account No. **ROSZ 01006** <br><br> **Novack and Macey LLP** <br> **100 North Riverside Plaza** <br> **Chicago, IL 60606** | - | | **thru 3/31/2009** <br> **Dispute with Matsen Ford Design Association, Inc. - Attorney fees** | | | | **27,684.83** |
| Account No. <br><br> **O'Brien & Associates** <br> **1235 E. Davis St** <br> **Arlington Heights, IL 60005** | - | | **4/24/2009** <br> **Engineer** | | | | **12,362.00** |
| Account No. <br><br> **Optimum Options, Inc.** <br> **Nonna Knapp** <br> **100 E. Walton #31B** <br> **Chicago, IL 60611** | - | | **4/24/2009** <br> **Interior design contruction** | | | | **1,950.00** |

Sheet no. __**8**__ of __**12**__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)  **57,732.63**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **TR Sienna Partners, LLC** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 4/24/2009 Subcontractor | | | | |
| Pellerin Milnor Corporation P.O. Box 400 Kenner, LA 70063 | - | | | | | | | | |
| | | | | | | | | | 1,800.00 |
| Account No. | | | | | pending lawsuit | | | | |
| People vs. TR Sienna Partners c/o Office of the Illinois Attorney 100 W. Randolph, 11th Floor Chicago, IL 60601 | - | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | pending lawsuit | | | | |
| Peter G. Colis c/o Kaplan, Papadakis & Gournis 180 N LaSalle, Suite 2180 Chicago, IL 60601 | - | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| Professional Plumbing, Inc. 1435 S. Barrington Road Barrington, IL 60010 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 4/24/2009 Subcontractor | | | | |
| Rainbow Glass & Trim Ltd. 31 Monaco Road Roselle, IL 60172 | - | | | | | | | | |
| | | | | | | | | | 2,328.64 |

Sheet no. __9__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,128.64

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **TR Sienna Partners, LLC** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Revcon**<br>**500 Industrial Drive**<br>**Prairie View, IL 60069** | X | - | | **4/14/2009**<br>**Subcontractor** | | | | 95,000.00 |
| Account No.<br><br>**Rockford Ornamental Iron Inc.**<br>**7410 Forest Hills Road**<br>**Rockford, IL 61111** | X | - | | **4/24/2009**<br>**Subcontractor** | | | | 65,750.00 |
| Account No.<br><br>**Sienna Court Condo Association**<br>**c/o Allan Goldberg Arnstein**<br>**120 S. Riverside Plaza, #1200**<br>**Chicago, IL 60606** | X | - | | **4/14/2009** | | | | 0.00 |
| Account No.<br><br>**Sign A Rama**<br>**4443 Oakton St.**<br>**Skokie, IL 60076** | | - | | **4/24/2009**<br>**Signs** | | | | 865.73 |
| Account No.<br><br>**SKC Construction, Inc.**<br>**P.O. Box 503**<br>**West Dundee, IL 60118** | | - | | **4/24/2009**<br>**Subcontractor** | | | | 1,287.00 |

Sheet no. __10__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

162,902.73

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **TR Sienna Partners, LLC**                                          ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Sound Incorporated 1550 Shore Drive Naperville, IL 60563** | - | | | | 4/24/2009 Subcontractor | | | | 14,242.60 |
| Account No. **STS Consultants, LTD. P.O. Box 1238 Bedford Park, IL 60499** | - | | | | 4/24/2009 Engineer | | | | 497.70 |
| Account No. **Terrence Calkins c/o Thomas A. Morrissey, Esq. 102 W. Burlington Ave, Suite 1 La Grange, IL 60525** | - | | | | pending lawsuit | X | X | X | 0.00 |
| Account No. **ThyssenKrupp Safway, Inc. OS 490 Route 83 Oakbrook Terrace, IL 60181** | - | | | | 4/24/2009 Supplier | | | | 2,910.00 |
| Account No. **TR Realty Workshop, Inc. P.O. Box 8528 Northfield, IL 60093** | - | | | | 2005 Loan - Principal of $75,150.14 plus interest | | | | 82,886.71 |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    100,537.01

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **TR Sienna Partners, LLC**                                              ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 4/24/2009 Engineer | | | | |
| **Virgilio & Associates, Ltd.** **Structural Engineers** **765 Ela Rd., Suite 211** **Lake Zurich, IL 60047** | X | - | | | | | | | 49,000.00 |
| Account No. | | | | | 4/24/2009 Architectural | | | | |
| **Wallin/Gomez Architects Ltd.** **711 S. Dearborn Street** **Suite 606** **Chicago, IL 60605** | X | - | | | | | | | 140,000.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __12__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    189,000.00

Total
(Report on Summary of Schedules)       1,905,301.90

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **TR Sienna Partners, LLC**
_____,
Debtor

Case No. _____

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re  **TR Sienna Partners, LLC**                                              ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Roszak/ADC LLC**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Lichtenwald-Johnson**<br>**Ironworks Co.**<br>**7840 Lehigh Ave**<br>**Morton Grove, IL 60053** |
| **Roszak/ADC LLC**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Clearvision, Inc.**<br>**850 N. DeWitt Place**<br>**Suite 20-J**<br>**Chicago, IL 60611** |
| **Roszak/ADC LLC**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Tonyan Brothers, Inc.**<br>**P.O. Box 70**<br>**Ringwood, IL 60072** |
| **Roszak/ADC LLC**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Professional Plumbing, Inc.**<br>**1435 S. Barrington Road**<br>**Barrington, IL 60010** |
| **Roszak/ADC LLC**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Safe Guard Basement Technologies**<br>**400 Dominic Ct.**<br>**Franklin Park, IL 60131-1004** |
| **Roszak/ADC LLC**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Safe Guard Basement Technologies**<br>**400 Dominic Ct.**<br>**Franklin Park, IL 60131-1004** |
| **Roszak/ADC LLC**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Jones & Cleary**<br>**Sheet Metal Co., Inc.**<br>**6838 S. South Chicago Ave.**<br>**Chicago, IL 60637** |
| **Roszak/ADC LLC**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Capital Source Finance, LLC**<br>**1350 Connecticut Ave N. W.**<br>**Suite 1250**<br>**Washington, DC 20036** |
| **Roszak/ADC LLC**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Area Erectors, Inc.**<br>**404 Mercantile Ct.**<br>**Wheeling, IL 60090** |
| **Roszak/ADC LLC**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Inland Bank & Trust**<br>**2809 Butterfield Rd.**<br>**Suite 310**<br>**Oak Brook, IL 60523** |

**2**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **TR Sienna Partners, LLC**                                        ,    Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Roszak/ADC LLC**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Sienna Court Condominium Assoc.**<br>**1740 Oak Avenue**<br>**Evanston, IL 60201** |
| **Roszak/ADC LLC**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Virgilio & Associates, Ltd.**<br>**21805 Field Parkway**<br>**Suite 104**<br>**Deer Park, IL 60010** |
| **Roszak/ADC LLC**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Illinois Attorney General**<br>**c/o Benjamin T. Johnson**<br>**100 W. Randolph, 11th Flr.**<br>**Chicago, IL 60601** |
| **Thomas A. Roszak**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Attorney General**<br>**Lisa Madigan**<br>**100 W Randolph Street**<br>**Chicago, IL 60601** |
| **Thomas A. Roszak**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Sienna Court Condominium Assoc.**<br>**1740 Oak Avenue**<br>**Evanston, IL 60201** |
| **Thomas A. Roszak**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Illinois Attorney General**<br>**c/o Benjamin T. Johnson**<br>**100 W. Randolph, 11th Flr.**<br>**Chicago, IL 60601** |
| **Thomas Roszak Architecture**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Attorney General**<br>**Lisa Madigan**<br>**100 W Randolph Street**<br>**Chicago, IL 60601** |
| **TR Management, Inc.**<br>**PO Box8528**<br>**Northfield, IL 60093** | **Attorney General**<br>**Lisa Madigan**<br>**100 W Randolph Street**<br>**Chicago, IL 60601** |
| **TR Management, Inc.**<br>**PO Box8528**<br>**Northfield, IL 60093** | **Illinois Attorney General**<br>**c/o Benjamin T. Johnson**<br>**100 W. Randolph, 11th Flr.**<br>**Chicago, IL 60601** |
| **TR Sienna, Inc.**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Attorney General**<br>**Lisa Madigan**<br>**100 W Randolph Street**<br>**Chicago, IL 60601** |
| **TR Sienna, Inc.**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Illinois Attorney General**<br>**c/o Benjamin T. Johnson**<br>**100 W. Randolph, 11th Flr.**<br>**Chicago, IL 60601** |

Sheet   **1**   of   **2**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **TR Sienna Partners, LLC**                                          , Case No. _____

                                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **TR Sienna, Inc.**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **City of Evanston-Building Dept.**<br>**2100 Ridge Avenue**<br>**Evanston, IL 60201** |
| **TR Sienna, Inc.**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Cullie Group**<br>**126 S. Northwest Hwy**<br>**Barrington, IL 60010** |
| **TR Sienna, Inc.**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **DeGraf Concrete**<br>**300 Alderman Avenue**<br>**Wheeling, IL 60090** |
| **TR Sienna, Inc.**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Fruchtman Associates Architects LLC**<br>**P.O. Box 76697**<br>**Atlanta, GA 30358** |
| **TR Sienna, Inc.**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Haywood-Baker**<br>**1350 W. Lake Street**<br>**Roselle, IL 60172** |
| **TR Sienna, Inc.**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **LJ Ironworks**<br>**7840 Lehigh**<br>**Morton Grove, IL 60053** |
| **TR Sienna, Inc.**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **McShane Construction Corporation**<br>**9550 W. Higgins**<br>**Suite 200**<br>**Rosemont, IL 60018** |
| **TR Sienna, Inc.**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Revcon**<br>**500 Industrial Drive**<br>**Prairie View, IL 60069** |
| **TR Sienna, Inc.**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Rockford Ornamental Iron Inc.**<br>**7410 Forest Hills Road**<br>**Rockford, IL 61111** |
| **TR Sienna, Inc.**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Sienna Court Condo Association**<br>**c/o Allan Goldberg Arnstein**<br>**120 S. Riverside Plaza, #1200**<br>**Chicago, IL 60606** |
| **TR Sienna, Inc.**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Virgilio & Associates, Ltd.**<br>**Structural Engineers**<br>**765 Ela Rd., Suite 211**<br>**Lake Zurich, IL 60047** |
| **TR Sienna, Inc.**<br>**PO Box 8528**<br>**Northfield, IL 60093** | **Wallin/Gomez Architects Ltd.**<br>**711 S. Dearborn Street**<br>**Suite 606**<br>**Chicago, IL 60605** |

Sheet    **2**    of    **2**    continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   TR Sienna Partners, LLC _____   Case No. _____

_____ Debtor(s)   Chapter   7 _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the TR Sienna, Inc., Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___29___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   September  4, 2009 _____   Signature   /s/ Thomas A. Roszak, President _____

Thomas A. Roszak, President

TR Sienna, Inc., Managing Member

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re ___TR Sienna Partners, LLC_____     Case No. _____

                                                    Debtor(s)           Chapter     __7_____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-354,671.00 | Condo development 01/01/2007 - 12/31/2007 |
| $-5,434,654.00 | Condo development 01/01/2008 - 12/31/2008 |
| $573,000.00 | Condo development 01/01/2009 - 03/31/2009 |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See attached. | | $0.00 | $0.00 |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See attached. | | $0.00 | $0.00 |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| TR Sienna Partners, LLC, et al vs. Matsen Ford Design Association, Inc. Wallin Gomez Architects 07-L-13711 consolidated with 08 L 14065 | Contract | Law Division Cook County | Pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Peter G Colis et al vs. TR Sienna Partners, LLC et al 2006-L-004966 | Commercial Litigation | Law Division Cook County | Voluntary Dismissal w/ Leave to Refile - Allowed 1/28/08 |
| Lichtenwald Johnson Iron v. TR Sienna Partners, LLC 06 CH 12344 | Mechanics Lien F/C | Cook | Pending |
| Calkins vs. TR Sienna Partners, LLC 09 L 2264 | Personal Injury | Cook County | Pending |
| Mary Jo Crihfield, Brad Bowen, Andrea Harris, Leroy Belzer, and David Graver vs. TR Sienna Partners, TR Sienna, Inc. et al. 09-CH-18293 | Claimed design and construction defects | Chancery Division Cook County | Pending |
| People vs. TR Sienna Partners, LLC et al 09-CH-17877 | ADA Compliance Enforcement | Chancery Division Cook County | Pending |
| City of Evanston v. TR Sienna et al 09-4929 | Building Code Enforcement | Evanston Department of Building | Pending |
| Federal Insurance Co. v. Rozak ADC LLC et al 07 L 13711 | Construction Claim | Cook County | Pending consolidation with 08 L 14065 |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Republic Bank of Chicago 2221 Camden Court Oak Brook, IL 60523-9848 | September 1, 2009 | 1720 - 1740 Oak, Evanston, IL ~ $9 million |

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None □  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| Novack and Macey LLP 100 North Riverside Plaza Chicago, IL 60606 | AAA Arbitration No 51 194 E 764 09 | Pending | Fee dispute |

### 7. Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None □  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Barbara L.Yong Golan & Christie LP 70 W. Madison Chicago, IL 60602 | April 2, 2009 Thomas A. Roszak | $3,000 |

### 10. Other transfers

None ■  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| Corus Bank | Acct. No. 7014362001 | |
| Inland Bank 1100 S. Rand Rd. Lake Zurich, IL 60047 | Acct. # 2220000501 Zero balance | |
| Harris N.A. PO Box 94033 Palatine, IL 60094 | Acct # 6110018171 Zero balance | |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| Republic Bank 9440 Joliet Rd. Hodgkins, IL 60525 | July 24, 2009 | $123,500 |

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| Sienna Court Condominium Association c/o Cagan Management Group, Inc. 3856 Oakton Street Skokie, IL 60076 | Sienna Warranty Escrow $212,709.99 | 1720 Oak Avenue Evanston, Illinois 60201 |
| Sienna Court Condominium Assoc. c/o Cagan Management Group, Inc. 3856 Oakton Street Skokie, IL 60076 | Sienna Warranty Escrow $95,359.77 | 1740 Oak Avenue |

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                NAME USED                                DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

|  | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
|---|---|---|---|
| SITE NAME AND ADDRESS | GOVERNMENTAL UNIT | NOTICE | LAW |

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

|  | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
|---|---|---|---|
| SITE NAME AND ADDRESS | GOVERNMENTAL UNIT | NOTICE | LAW |

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF | | |
|---|---|---|
| GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| Thomas A. Roszak PO Box 8528 Northfield, IL 60093 | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |
| Thomas A. Roszak | PO Box 8528 Northfield, IL 60093 |

None  ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                              DATE ISSUED

### 20. Inventories

None  ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None  ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY | RECORDS |

### 21 . Current Partners, Officers, Directors and Shareholders

None  ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                 NATURE OF INTEREST                 PERCENTAGE OF INTEREST

None  ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| TR Sienna, Inc.<br>P.O. Box 8528<br>Northfield, IL 60093 | Manager | |
| Thomas A. Roszak | Member | 0.5% interest |
| TR Ridge Partners, LLC<br>P.O. Box 8528<br>Northfield, IL 60093 | Member | 99.5% ownership interest |

### 22 . Former partners, officers, directors and shareholders

None  ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                         ADDRESS                                   DATE OF WITHDRAWAL

None  ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                 TITLE                         DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None  ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)


**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date   September  4, 2009                          Signature   /s/ Thomas A. Roszak, President
                                                               Thomas A. Roszak, President
                                                               TR Sienna, Inc., Managing Member


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re   TR Sienna Partners, LLC _____

Debtor(s)

Case No. _____

Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept................................................................ | $ | 3,000.00 |
| Prior to the filing of this statement I have received................................................ | $ | 3,000.00 |
| Balance Due.............................................................................................................. | $ | 0.00 |

2.   The source of the compensation paid to me was:

☐ Debtor     ☒ Other (specify):   Thomas A. Roszak

3.   The source of compensation to be paid to me is:

☒ Debtor     ☐ Other (specify):

4.   ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
     Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   September  4, 2009 _____

/s/ Barbara L. Yong _____
Barbara L. Yong
Golan & Christie LLP
70 W. Madison
Suite 1500
Chicago, IL 60602
(312) 263-2300  Fax: (312) 263-0939
Blyong@golanchristie.com

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    TR Sienna Partners, LLC

Debtor(s)

Case No.

Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                        78

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    September  4, 2009                    /s/ Thomas A. Roszak, President
Thomas A. Roszak, President/TR Sienna, Inc., Managing Member
Signer/Title

24 Seven Discovere, LLC
222 N. LaSalle Street
Suite 1930
Chicago, IL 60601


Area Erectors, Inc.
404 Mercantile Ct.
Wheeling, IL 60090


Atlas Contrete Cutting Services,Inc
50 W. Michigan Ave.
Palatine, IL 60067


Attorney General
Lisa Madigan
100 W Randolph Street
Chicago, IL 60601


Canac Kitchens
511 Busse Road
Elk Grove Village, IL 60007


Capital Source Finance, LLC
1350 Connecticut Ave N. W.
Suite 1250
Washington, DC 20036


CIG International, LLC
1350 Connecticut Ave N. W.
Suite 1250
Washington, DC 20036


City of Evanston-Building Dept.
2100 Ridge Avenue
Evanston, IL 60201


City of Evanston-Building Dept.
Jill Chamber - Building Offical
2100 Ridge Avenue
Evanston, IL 60201


Clearvision, Inc.
850 N. DeWitt Place
Suite 20-J
Chicago, IL 60611

Cohen, Salk & Huvard, P.C.
630 Dundee Road
Suite 120
Northbrook, IL 60062


Coleman Floor Company-Upgrades
1331 Davis Road
Elgin, IL 60123


ComEd-1740-305
Bill Payment Center
Chicago, IL 60668


ComEd-1740-404A
Bill Payment Center
Chicago, IL 60668


Contract Mirror & Supply Co.
200 William Street
Bensenville, IL 60106


Cullie Group
126 S. Northwest Hwy
Barrington, IL 60010


De Canio Builders Supply Co., Inc.
P.O. Box 12379
Chicago, IL 60612


DeGraf Concrete
300 Alderman Avenue
Wheeling, IL 60090


Disposal Management Systems, Inc.
420 Cutters Mill Lane
Schaumburg, IL 60194


Evanston Signs & Graphics, Inc.
2120 Ashland Avenue
Evanston, IL 60201


Fast Frame
2843 W. Dundee Rd.
Northbrook, IL 60062

Federal Insurance Company
c/o Cozen O'Connor
222 S. Riverside Plaza, Suite 1500
Chicago, IL 60606


Fruchtman Associates Architects LLC
P.O. Box 76697
Atlanta, GA 30358


Galaxy Electric, Inc.
1002 Bonaventure Dr.
Elk Grove Village, IL 60007


Gams Communications, LLC
308 W. Erie
4th Floor
Chicago, IL 60610


Granite Style Design, Inc.
3111 N. Rockwell
Chicago, IL 60618


Gremley & Biedermann
A Division of PLCS Corporation
P.O. Box 92170
Elk Grove Village, IL 60009


GW Thiel, Inc.
1625 Winnetka Circle
Rolling Meadows, IL 60008


Haywood-Baker
1350 W. Lake Street
Roselle, IL 60172


Hedrich Blessing, Ltd.
400 North Peoria Street
Chicago, IL 60642


HMS Engineering
230 S. Westmore Ave
Lombard, IL 60148

Illinois Attorney General
c/o Benjamin T. Johnson
100 W. Randolph, 11th Flr.
Chicago, IL 60601


Indecor, Inc.
5009 N. Winthrop Ave
Chicago, IL 60640


Inland Bank & Trust
2809 Butterfield Rd.
Suite 310
Oak Brook, IL 60523


Jones & Cleary
Sheet Metal Co., Inc.
6838 S. South Chicago Ave.
Chicago, IL 60637


Jones & Cleary Sheet Metal Co., Inc
6838 S. South Chicago Avenue
Chicago, IL 60637


Kenig Lindgren O'Hara Aboona, Inc.
9575 W. Higgins Road
Suite 400
Rosemont, IL 60018


KRK Mechanical, Inc.
821 Deering Court
West Chicago, IL 60185


Lichtenwald-Johnson
Ironworks Co.
7840 Lehigh Ave
Morton Grove, IL 60053


LJ Ironworks
7840 Lehigh
Morton Grove, IL 60053


LJ Ironworks
c/o Warren R. Fuller, Esq.
69 S. Barrington Road
Barrington, IL 60010

Mary Jo Crihfield et al
c/o Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654


Matan's Painting
175 South Wheeling Road
Wheeling, IL 60090


Maten Ford & Wallin-Gomez
c/o Novack and Macey LLP
100 North Riverside Plaza
Chicago, IL 60606


Matsen-Ford
325 Forest Grove Drive
Pewaukee, WI 53072


McShane Construction Corporation
9550 W. Higgins
Suite 200
Rosemont, IL 60018


Mitsubishi Electric
5665 Plaza Drive
Cypress, CA 90630


Nicor
P.O. Box 416
Aurora, IL 60568


Northwest Millwork
455 E. Jarvis
Des Plaines, IL 60018


Novack and Macey LLP
100 North Riverside Plaza
Chicago, IL 60606


O'Brien & Associates
1235 E. Davis St
Arlington Heights, IL 60005

Optimum Options, Inc.
Nonna Knapp
100 E. Walton #31B
Chicago, IL 60611


Pellerin Milnor Corporation
P.O. Box 400
Kenner, LA 70063


People vs. TR Sienna Partners
c/o Office of the Illinois Attorney
100 W. Randolph, 11th Floor
Chicago, IL 60601


Peter G. Colis
c/o Kaplan, Papadakis & Gournis
180 N LaSalle, Suite 2180
Chicago, IL 60601


Professional Plumbing, Inc.
1435 S. Barrington Road
Barrington, IL 60010


Rainbow Glass & Trim Ltd.
31 Monaco Road
Roselle, IL 60172


Revcon
500 Industrial Drive
Prairie View, IL 60069


Rockford Ornamental Iron Inc.
7410 Forest Hills Road
Rockford, IL 61111


Roszak/ADC LLC
PO Box 8528
Northfield, IL 60093


Safe Guard Basement Technologies
400 Dominic Ct.
Franklin Park, IL 60131-1004

Sienna Court Condo Association
c/o Allan Goldberg Arnstein
120 S. Riverside Plaza, #1200
Chicago, IL 60606


Sienna Court Condominium Assoc.
1740 Oak Avenue
Evanston, IL 60201


Sign A Rama
4443 Oakton St.
Skokie, IL 60076


SKC Construction, Inc.
P.O. Box 503
West Dundee, IL 60118


Sound Incorporated
1550 Shore Drive
Naperville, IL 60563


STS Consultants, LTD.
P.O. Box 1238
Bedford Park, IL 60499


Terrence Calkins
c/o Thomas A. Morrissey, Esq.
102 W. Burlington Ave, Suite 1
La Grange, IL 60525


Thomas A. Roszak
PO Box 8528
Northfield, IL 60093


Thomas Roszak Architecture
PO Box 8528
Northfield, IL 60093


ThyssenKrupp Safway, Inc.
OS 490 Route 83
Oakbrook Terrace, IL 60181


Tonyan Brothers, Inc.
P.O. Box 70
Ringwood, IL 60072

TR Management, Inc.
PO Box8528
Northfield, IL 60093


TR Realty Workshop, Inc.
P.O. Box 8528
Northfield, IL 60093


TR Sienna, Inc.
PO Box 8528
Northfield, IL 60093


Virgilio & Associates, Ltd.
Structural Engineers
765 Ela Rd., Suite 211
Lake Zurich, IL 60047


Virgilio & Associates, Ltd.
21805 Field Parkway
Suite 104
Deer Park, IL 60010


Wallin/Gomez Architects Ltd.
711 S. Dearborn Street
Suite 606
Chicago, IL 60605

# United States Bankruptcy Court
## Northern District of Illinois

In re    TR Sienna Partners, LLC              Case No. _____
                  Debtor(s)      Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   TR Sienna Partners, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

September  4, 2009
_____
Date

/s/ Barbara L. Yong
_____
Barbara L. Yong
**Signature of Attorney or Litigant**
Counsel for    TR Sienna Partners, LLC
Golan & Christie LLP
70 W. Madison
Suite 1500
Chicago, IL 60602
(312) 263-2300 Fax:(312) 263-0939
Blyong@golanchristie.com